**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **WILLIAM FREELAND** | **CASE NO. 2:25-CV-01523** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **GAMBOA LOGISTIC INC ET AL** | **MAGISTRATE JUDGE LEBLANC** |

**JUDGMENT**

Before the court is a Report and Recommendation [doc. 11] of the Magistrate Judge, recommending that plaintiff's Motion to Remand [doc. 7] be denied.

The Report and Recommendation of the Magistrate Judge having been considered, and determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Report and Recommendation [doc. 11] be **ADOPTED** and that the Motion to Remand [doc. 7] be **DENIED.**

**THUS DONE AND SIGNED** in Chambers on this 14th day of August, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**